FILED - USDC -NH
2024 JUL 29 PM 12:13

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Jackie F. Yates

**Plaintiff(s)**

v.

Patrice Nouma

**Defendant(s)**

**COMPLAINT**

**Parties to this Complaint**
(boxes will expand as you type)

Plaintiff(s)'s Name, Address and Phone Number

| |
|---|
| Jackie F. Yates<br>39 Ripley Ln<br>Milton, NH 03851<br>I would like my address to remain anonymous because the defendant is a scammer.<br>Cell: 302-521-7255<br>Email: dissandou@yahoo.com |

Defendant(s)'s Name, Address and Phone Number

| |
|---|
| Patrice Nouma<br>3312 Hudson Ave. Apt. F-8<br>Union City, NJ 07087<br>Cell: 551-666-1027<br>Email: nouma.patrice@yahoo.com<br>Bank of America Account 381055040666 |

**Jurisdiction and Venue:**
(Explain why your case is being filed in federal court and why the court is
legally permitted to hear your case. Box will expand as you type.)

| |
|---|
| My address is in New Hampshire: 39 Ripley Ln, Milton, NH 03851<br><br>Patrice Nouma's (scammer) address is presumably in Union City, New Jersey: 3312 Hudson Ave. Apt. F-8 |

USDCNH-102 (Rev. 5/7/13)                Page 1 of 3

Union City, NJ 07087; Cell: 551-666-1027; Email: nouma.patrice@yahoo.com; Bank of America Account 381055040666

## Statement of Claim
(As briefly as possible, state each claim you have against defendant(s) and state the legal cause of action, facts, and circumstances that gave rise to your claim(s). Box will expand as you type.)

1. Patrice Nouma extorted money from me in order to allegedly help orphans in Cameroon with food and schooling. I deposited checks of $13,000 and $5,000 into his Bank of America Account 381055040666, for which lied to me that he would reimburse me within a few days. He did not reimburse me and when I demanded my money, he threatened me with death by giving me examples of people that died suddenly.

2. I gave Patrice Nouma $500 for membership for a company which he called 'SOS Cameroon Solidarity' that does not exist, and he never gave me proof of the company's existence or the membership card.

3. Without my knowledge Patrice Nouma reserved a hotel room at Hilton Garden in Secaucus, NJ under his name, having told me that I was going to his house in New York. When he took me to the hotel room, he asked me for the my credit card because he wanted to purchase water. I found out through my bank statement that he paid the $679.30 hotel room reservation with my credit card.

4. As part of Patrice Nouma's scam he invited to me to his 'penthouse' in New York, however, he ended up taking me to the Hilton Garden hotel in Secaucus, NJ, and my round trip C&J bus fare between Portsmouth, NH and NYC for transportation cost me $178.00.

5. At that same hotel, Patrice Nouma extorted me for a loan of $2,000 for him to purchase me an engagement ring and I signed him a check for $1,500. The next day, back in New Hampshire, I called my bank DelOne Credit Union to cancel the check and I paid $25. My bank statement later said that Patrice Nouma cashed the check. When I confronted him, he became verbally violent with me and he told me that I gave him the money as a donation for his company.

6. At that same hotel, Patrice Nouma extorted 12 bottles of wine ($200.00) and a 60 Qt Igloo Ice Chest cooler ($99.00) from me.

7. In summary, I have been romance scammed by Patrice Nouma who manipulated my humanitarian soft side and he extorted me for an amount of $23,157.30.

* The record of financial transactions and a report of the incident is attached.

## Relief Requested from the Court
(Briefly state exactly what you want the Court to do for you. Box will expand as you type.)

Patrice Nouma must provide full restitution of the $23,157.30 which he cost me through his extortion and scamming between April 12, 2023 and May 2, 2023, as well as a compensation of $10,000 as additional interest for the duration that the amount has been stolen and for emotional distress in extorting what was saved for my 17 year old (at the time), 12th grader son's college fund, and a compensation of $405.00 for the filing fee of this complaint.

*Attachment: Financial Transactions with Patrice Nouma

## Jury Demand

☐ Check this box if you are requesting a jury trial (if you want a jury of your peers to decide your case).

☒ Check this box if you are NOT requesting a jury trial (if you want the assigned judge to decide your case).

Date: July 25, 2024

Signature: *[signature]*